UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION.



GRAHAM SCHREIBER,
Plaintiff,

CASE NO. 1:12-cv-00852.

v.

LORRAINE LESLEY DUNABIN; CENTRALNIC LTD.;
NETWORK SOLUTIONS LLC; VERISIGN INC.;
INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS;
AND ENOM, INC.,

Defendants.

### OPPOSITION TO: Verisign Inc's Motion to dismiss

(1) Mr. Hyland has made an error, in advising twenty (20) days for rebuttal. As per: http://www.vaed.uscourts.gov/localrules/LocalRulesEDVA.pdf *(1) The pro se party is entitled to file a response opposing the motion and that any such response must be filed within **twenty-one (21)** days of the date on which the dispositive or partially dispositive motion is filed; and*

(2) Plaintiff filed a response electronically, (via email) to Defendants on December 12th, 2012. (with cc to the all other parties.) Emails are sent via the servers of Network Solutions, Defendant # 3, as 'witness'. As such, no appropriate grounds for dismissal are present.

(3) Plaintiff will 'walk' Defendant through the files, as currently in the Courts stamped receipt and published by ICANN, (Defendant 5) on their Litigation page, at www.icann.org .

I, Graham Schreiber as Plaintiff submit to the Court that everything written was done so by Me and information furnished is substantiated by external documents, connecting VeriSign Inc D/B/A VeriSign Global Registry Services, to "knowing".

Through and by such "knowing" have failed to protect consumers from fraud; and businesses, from fraudulent representation, as the sole Registry of ".com".

Registrar: From Wikipedia. - A registrar is an official keeper of records made in a register.

As ICANN's / IANA's exclusive Registry of ".com" it's beyond comprehension that VeriSign; and it's multitude of internal companies missed these "Red flags" of the DMCA that are *"infringing activity which would have been apparent to a reasonable person"* .

For the record, VeriSign has a page at http://www.verisigninc.com/en_US/legal/dmca/index.xhtml and email contact of DMCA@verisign.com whom I've contacted, email in evidence.

(4) Done.